PS 8
(Rev. 2/2013)

# United States District Court
# For The
# District of North Dakota

**Petition for Action on Conditions of Pretrial Release**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 3:21CR00036-27 |
| | ) | |
| Weston Baker | ) | |

COMES NOW, SHYLAH LEONARD, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Weston Baker who was placed under pretrial release supervision by the Honorable Alice R. Senechal, Magistrate Judge, sitting in the Court at Fargo, on April 26, 2021, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

   IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer. Defendant shall contact USPO Shylah Leonard within 24 hours of release at (701) 297-7246.

6. The defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined 21 USC 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

7. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

PS 8
(Rev. 2/2013)
Baker, Weston
0868 3:21CR00036

8. Defendant shall not knowingly or intentionally have any direct or indirect contact with Co-defendants or any witnesses, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.
9. Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.
10. Defendant shall reside with his mother, Kasey Hall, and not change this residence without prior approval of the Pretrial Services Officer.
11. Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.
12. Defendant shall not apply for or obtain a passport.
13. Defendant shall resolve the outstanding warrant in Burleigh County within 30 days of release.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. **Violation of Condition #6**: The Defendant admitted to ingesting oxycodone on or about May 7, 2021.
2. **Violation of Condition #6**: The Defendant failed to report for a drug/alcohol screening as directed on 05/26/2021 and 06/10/2021.
3. **Violation of Condition #9**: The Defendant failed to comply with recommended substance abuse treatment. Specifically, he was admitted to and left Good Road Recovery on the same day on or about June 3, 2021.
4. **Violation of Condition #9**: The Defendant failed to comply with recommended substance abuse treatment. Specifically, the Defendant was re-admitted to Good Road Recovery on 06/09/2021; on 06/30/2021 he was terminated from the facility for non-compliance.
5. **Violation of Condition #6:** The Defendant tested positive for fentanyl on 06/29/2021 at Good Road Recovery.

PRAYING THAT THE COURT WILL ORDER: THAT A WARRANT BE ISSUED FOR THE

PS 8
(Rev. 2/2013)
Baker, Weston
0868 3:21CR00036

ARREST OF WESTON BAKER AND THAT A HEARING BE HELD TO DETERMINE IF HE VIOLATED THE CONDITIONS OF HIS PRETRIAL RELEASE.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Shylah Leonard                    06/30/2021
U.S. Pretrial Services Officer
Place: Minot

## ORDER OF THE COURT

Considered and ordered this 30th day of June, 2021, and ordered filed and made a part of the record in the above case.

- [x] Warrant to be issued
- [ ] Summons to be issued
- [ ] Notice of hearing to be filed
- [ ] Modification of the defendant's conditions of release
- [ ] Other

Alice R. Senechal
U.S. Magistrate Judge